## SCHOONER CATHERINE v. THE U. STATES.

1812.

Feb. 13th.

*Absent....Washington, justice.*

THIS case was dismissed because the counsel for the Appellant had not furnished the Court with a statement of the points of the case, agreeably to the general rule on that subject.

It was afterwards reinstated by consent of parties.

If the counsel for the Appellant neglect to furnish the Court with a statement of the points of the case, the appeal will be dismissed.

---

## BINGHAM & OTHERS v MORRIS & OTHERS.

1812.

Feb. 18th.

MEREDITH, moved the court to dismiss this appeal, because the transcript of the record was not filed within the first *six* days of the term, agreeably to the general rule *(ante vol. 3. p. 239.)* The transcript was filed on the 13th day of the term and before the motion to dismiss.

The Court, (WASHINGTON, *justice, absent*) said that they did not consider the rule as applying to any case where the transcript shall have been filed before the motion for dismissal.

The rule to dismiss a writ of error for not filing the transcript of the record within the first six days of the term, does not apply to cases where the transcript shall have been filed before the motion to dismiss.

*Motion overruled.*